

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 24, 2016

Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: Tyrone G Harper, | Chapter 13 Bankruptcy |
| Debtor | Case No. 16-20224-svk |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE PARTIES
ALLOWING WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. The Trustee is allowed to withdraw the Motion to Dismiss.

2. The Debtor shall pay $370.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to be mailed to the Office of the Chapter 13 Trustee at P. O. Box 730, Memphis, TN 38101-0730 on or before the last day of each month, commencing with July 2016.

3. The Debtor shall provide the Trustee with copies of paystubs that support Debtor's wages as stated on Amended Schedule I on or before July 15, 2016.

4. Should the Debtor fail to mail the equivalent of one monthly payment through and including December 2016, or fail to provide the Trustee with copies of paystubs that support Debtor's wages as stated on Amended Schedule I on or before July 15, 2016, as provided above, the Trustee may submit an Affidavit of Default and a proposed Order Dismissing Case.

5. If the Debtor pays the Trustee directly rather than through an employer and the Trustee receives the Debtor's payment on or before the 10th day of the month following the month for which such payment was due, the Trustee will consider the payment to have been made timely. If the Trustee receives such payment after the 10th day of the month following the month for which such payment was due and the postmark date is after the last day of such month, the Debtor must prove that the payment was mailed on or before the last day of the month for which it was due.

Prepared by:
Christopher D. Schimke, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344

Case 16-20224-svk   Doc 47   Filed 06/24/16   Page 1 of 2

6. The deadlines referred to in the above paragraph will be strictly enforced. **If the Debtor needs relief from the deadlines for payments and/or providing paystubs, the Debtor should seek relief from these deadlines before the Trustee files an Affidavit of Default. If, however, the Trustee has filed an Affidavit of Default and the Debtor objects to such Affidavit, the Debtor shall file the objection within 7 days after the Trustee has filed the Affidavit of Default and should file the objection only if the Debtor can prove either (a) that there was no default or (b) that extraordinary circumstances existed.**

7. After the expiration of the deadlines and for the balance of the plan, the Trustee may renew the Motion by letter to the Court with a copy of the letter to the Debtor and Debtor's counsel, allowing the Debtor the opportunity to request another hearing. If no hearing is timely requested on a Motion that has been renewed by letter, this case will be dismissed without further hearing upon the filing of an Affidavit of No Objection by the Trustee.

#####